IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| ROBERT T. MERSCH, | ) | |
| | ) | Civil No. 10-538-MO |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICK COURSEY, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

MOSMAN, District Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Pending motions, if any, are DENIED AS MOOT.

DATED this __19th__ day of August, 2011.

                                           /s/ Michael W. Mosman
                                              Michael W. Mosman
                                              United States District Judge

1 - JUDGMENT